**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ATLANTIC RECORDING
CORPORATION, et al.,

      Plaintiffs,

v.

MATTHEW DUNNE,

      Defendant.
_____/

Case No.: 3:07cv34/MCR/EMT

**O R D E R**

      This cause was filed January 23, 2007. It presently is before the court upon referral by the clerk. A review of the docket reveals defendant was properly served with the summons and complaint on February 7, 2007; however, defendant has not yet filed a response to the complaint. It appears appropriate for the clerk to enter a default against defendant for his failure to file a responsive pleading.

      Furthermore, no activity by way of filing of pleadings or otherwise has occurred in this case for a period of more than ninety days. Rule 41.1(A) of the Local Rules of this district authorizes this court to dismiss any civil action after such a ninety day period of inactivity unless, after notice from the court, satisfactory cause is shown why the case should not be dismissed. Plaintiff shall therefore be required to show cause why this case should not be dismissed for want of prosecution.

      Accordingly, it is ORDERED:

      1.    The clerk shall enter a default against the defendant for his failure to file a responsive pleading.

      2.    Plaintiff shall have **ten (10) days** from the date of the entry of this order in which to show cause, if any, why this case should not be dismissed for failure to prosecute.

3.   Failure to comply with the requirements of this order will result in the dismissal of this cause for failure to comply with an order of the court and failure to prosecute.

**DONE AND ORDERED** this 11th day of July, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No.: 3:07cv34/MCR/EMT